| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Bohm, Jeffrey E. | 2. Court or Organization U.S. Bankruptcy Court | 3. Date of Report 05/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Bankruptcy Judge - Active Status | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

6202 Bob Casey Fed Courthouse
515 Rusk Street
Houston, Texas 77002

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust Account # 1 (see Part VIII) |
| 2. Personal Representative | Estate #1 |
| 3. Trustee | Trust Account #2 |
| 4. Trustee | Trust Account #3 |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2013 | In October 2012 I was granted permission to teach 2 college law bankruptcy courses in the Spring of 2013, but did not teach ▮▮▮▮▮ |
| 2. 2013 | Bloomburg, L.P. ageeement to assist in writing bankruptcy treatise project. |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Bloomburg, L.P. - bankruptcy treatise project | $828.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Employees Retirement System of Texas - Retirement |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Texas | January 30-February 1, 2013 | Dallas TX | Non-FJC educational seminar or program | meals, transportation, and lodging |
| 2. | State Bar of Texas | June 5-7, 2013 | San Antonio, TX | Non-FJC educational seminar or program | meals, transportation and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bohm, Jeffrey E.** | 05/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Southwest Airlines VISA | Credit Card | J |
| 2. | Northwestern Whole Life Insurance Policy | Whole Life Insurance Policy Loan | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  University Federal Credit Union accounts | A | Interest | L | T | | | | | |
| 2.  Texas Health Credit Union accounts | A | Interest | J | T | | | | | |
| 3.  Comerica Bank account | | None | | | Closed | 06/18/13 | J | | |
| 4.  Wells Fargo Bank, N.A. accounts | A | Interest | J | T | | | | | |
| 5.  Bank of America, N.A. account | | None | L | T | | | | | |
| 6.  JP Morgan Chase Bank, N.A. accounts | A | Interest | J | T | | | | | |
| 7.  Velocity Credit Union accounts | | None | | | Closed | 05/28/13 | J | | |
| 8.  Duke Energy Corp. common (DRIP Shares) | A | Dividend | J | T | | | | | |
| 9.  Glaxosmithkline PLC com (DRIP Shares) | A | Dividend | J | T | | | | | |
| 10.  Imation Corp. common | | None | J | T | | | | | |
| 11.  Whole Foods Mkt Inc. common | A | Dividend | K | T | | | | | |
| 12.  T Rowe Price Growth Stock Fund | A | Dividend | M | T | | | | | |
| 13.  Dreyfus Liquid Assets Class 1 | | None | J | T | | | | | |
| 14.  Dell, Inc. common | A | Dividend | | | Sold | 10/30/13 | J | A | |
| 15.  IRA # 1 (UFCU-JB) (H) | | | | | | | | | |
| 16.  - University Federal Credit Union | A | Interest | J | T | | | | | |
| 17.  IRA # 2 (UFCU-MEP) (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - University Federal Credit Union | A | Interest | J | T | | | | | |
| 19. IRA # 3 ▓▓▓ (H) | | | | | | | | | |
| 20. - New England Securities Daily Income Money Mkt Retail Cl | A | Interest | J | T | | | | | |
| 21. - PIMCO Commodity Real Return Strategy Fund Cl D | A | Dividend | J | T | Buy (add'l) | 05/09/13 | J | | |
| 22. - Templeton Global Bond Fund Class A | A | Dividend | J | T | | | | | |
| 23. - Davis New York Venture Class A | A | Dividend | J | T | | | | | |
| 24. - American Funds: The Growth Fund of America Class F-1 | A | Dividend | J | T | Sold (part) | 05/09/13 | J | | |
| 25. - Eagle Sm Cap Grwth Fd Cl A | A | Dividend | J | T | | | | | |
| 26. - Perkins Mid Cap Value Fd Class T | A | Dividend | J | T | Sold (part) | 05/09/13 | J | A | |
| 27. - Alger Midcap Growth Fund Class A | | None | J | T | | | | | |
| 28. - American Funds: Europacific Growth Fd Class F-1 | A | Dividend | J | T | | | | | |
| 29. - T Rowe Price Emerging Markets Stock (Fd) | A | Dividend | J | T | | | | | |
| 30. - Alpine Intl Real Estate Eq Fd Cl Y | A | Dividend | J | T | Sold (part) | 09/13/13 | J | A | |
| 31. - Gabelli Ent Mgr & Acq Fd Cl A | | None | J | T | | | | | |
| 32. - Hussman Strategic Growth Fund | | None | | | Sold | 05/09/13 | J | | |
| 33. - Columbia Sel Smlr-CapVal Fd Cl A | A | Dividend | J | T | | | | | |
| 34. - Mainstay ICAP Equity Fund Cl A | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Invesco Intl Growth Fund Cl A | A | Dividend | J | T | | | | | |
| 36. - Fidelity Advisor New Insights Fd Cl I | A | Dividend | J | T | | | | | |
| 37. - Ivy High Income Fd Cl A | A | Dividend | J | T | | | | | |
| 38. - Gateway Fd Cl A | A | Dividend | J | T | Buy | 05/09/13 | J | | |
| 39. IRA # 6 (JB-AM) (021) (see part VIII) (H) | | | | | | | | | |
| 40. - Ameriprise Insured Money Market | | None | J | T | | | | | |
| 41. - AIM Invesco Global Core Eq Cl A | A | Dividend | K | T | | | | | |
| 42. - AIM Invesco Real Estate Cl A | B | Dividend | J | T | | | | | |
| 43. - Oppenheimer Funds:OPP Small &M/Cap Value - A | A | Dividend | J | T | | | | | |
| 44. - AIM Invesco Val Opps Cl A fka Invesco VK Val Opps - B | A | Dividend | J | T | | | | | |
| 45. - MFS Family of Funds:MFS Utilities - Cl A (formerly Cl B) | A | Dividend | J | T | | | | | |
| 46. IRA # 7 (MEP-AM) (004) (H) | | | | | | | | | |
| 47. - RVS Retirement Advisor Advantg 4 Var Ann | | None | K | T | | | | | |
| 48. 457 Deferred Compensation Plan at State of Texas | B | Dividend | K | T | | | | | |
| 49. 401K at State of Texas | C | Dividend | N | T | | | | | |
| 50. RiverSource Variable Univ Life Insurance Policy | | None | J | T | | | | | |
| 51. Northwestern Whole Life Insurance Policy | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Schulle, LLC (see part VIII) | E | Rent | O | W | | | | | |
| 53. Trust Acct # 1 - Trustee (H) (see part VIII) | | | | | | | | | |
| 54. - New England Securities Daily Income Money Mkt Retail Cl | A | Dividend | | | Distributed (part) | 06/07/13 | J | | |
| 55. | | | | | Distributed (part) | 06/07/13 | J | | |
| 56. | | | | | Distributed (part) | 06/18/13 | J | | |
| 57. | | | | | Distributed (part) | 06/19/13 | J | | |
| 58. | | | | | Distributed (part) | 06/20/13 | J | | |
| 59. | | | | | Distributed (part) | 06/21/13 | J | | |
| 60. | | | | | Distributed (part) | 06/26/13 | J | | |
| 61. | | | | | Distributed | 06/27/13 | J | | |
| 62. - Invesco Intl Grwth Fd Cl A | | None | | | Buy (add'l) | 01/22/13 | J | | |
| 63. | | | | | Distributed | 06/07/13 | J | | |
| 64. - Cohen & Steers Global Realty Fd Cl A | | None | | | Buy (add'l) | 01/22/13 | J | | |
| 65. | | | | | Distributed | 06/07/13 | J | | |
| 66. - Columbia Mid Cap Value Fund Cl A | A | Dividend | | | Distributed | 06/07/13 | J | | |
| 67. - Davis New York Venture Cl A | | None | | | Buy (add'l) | 01/22/13 | J | | |
| 68. | | | | | Distributed | 06/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Wells Fargo Advantage ST Muni Bd Fd Cl A | A | Int./Div. | | | Distributed | 06/07/13 | K | | |
| 70. - American Funds: The Growth Fund of America Cl F-1 | | None | | | Distributed | 06/07/13 | J | | |
| 71. - John Hancock Focused High Yield Cl A (formerly High Yield Cl A) | A | Dividend | | | Buy (add'l) | 01/22/13 | J | | |
| 72. | | | | | Distributed | 06/07/13 | J | | |
| 73. - Templeton Global Bond Fund Cl A | A | Dividend | | | Buy (add'l) | 01/22/13 | J | | |
| 74. | | | | | Distributed | 06/07/13 | J | | |
| 75. - American Funds: Europacific Growth Fd Cl F-1 | | None | | | Buy (add'l) | 01/22/13 | J | | |
| 76. | | | | | Distributed | 06/07/13 | J | | |
| 77. - PIMCO Commodity Real Return Strategy Fund A | A | Dividend | | | Buy (add'l) | 01/22/13 | J | | |
| 78. | | | | | Distributed | 06/07/13 | J | | |
| 79. - Mainstay ICAP Equity Fund Cl A | A | Dividend | | | Distributed | 06/07/13 | J | | |
| 80. - Capital World Bond Fund Cl F-1 | A | Dividend | | | Buy (add'l) | 01/22/13 | J | | |
| 81. | | | | | Distributed | 06/07/13 | J | | |
| 82. - Prudential High Yld Fd Inc Cl A | A | Dividend | | | Buy (add'l) | 01/22/13 | J | | |
| 83. | | | | | Distributed | 06/07/13 | J | | |
| 84. - Fidelity Advisor New Insights Fd Cl A | | None | | | Distributed | 06/07/13 | J | | |
| 85. - Meridian Growth Fund | | None | | | Distributed | 06/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Nuveen High Yield Municipal Bond Fd Cl A | A | Int./Div. | | | Distributed | 06/07/13 | J | | |
| 87. - Vanguard Inflation Protected Securities Fund | A | Dividend | | | Distributed | 06/07/13 | K | | |
| 88. - ING Global Real Estate Fd Cl A | A | Dividend | | | Buy (add'l) | 01/22/13 | J | | |
| 89. | | | | | Distributed | 06/07/13 | J | | |
| 90. - Doubleline Total Return Bond Fund Cl I | A | Dividend | | | Buy | 01/22/13 | J | | |
| 91. | | | | | Distributed | 06/07/13 | J | | |
| 92. - FS Energy & Power Fund | A | Dividend | | | Buy | 01/08/13 | J | | |
| 93. | | | | | Distributed | 06/20/13 | J | | |
| 94. Whirlpool Corp. common | A | Dividend | J | T | | | | | |
| 95. IRA # 8 (MEP-FM-Rth-DM) (731) (H) | | | | | | | | | |
| 96. - Fidelity Large Cap Stock Fund | A | Dividend | K | T | | | | | |
| 97. - Fidelity Select Biotechnology Fund | A | Dividend | J | T | | | | | |
| 98. - Fidelity US Gov't Reserves | A | Dividend | J | T | | | | | |
| 99. IRA # 9 (MEP-FM-DM) (723) (H) | | | | | | | | | |
| 100. - Fidelity Cash Reserves | | None | J | T | | | | | |
| 101. Pfizer Inc common | A | Dividend | J | T | | | | | |
| 102. USAA Certificate of Deposit | A | Interest | | | Closed | 02/14/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  IRA #11 (770) (H) (see part VIII) | | | | | | | | | |
| 104.  - New England Securities: Goldman Sachs BankMM Acct (prev Metlife Bk) | A | Interest | L | T | Distributed (part) | 01/16/13 | J | | |
| 105.  IRA # 12 (1763) (H) | | | | | | | | | |
| 106.  - Invesco Mid Cap Core Eq Fd Cl A | | None | | | Sold | 05/09/13 | K | B | |
| 107.  - Invesco Developing Mkts Fd Cl A | A | Dividend | K | T | Sold (part) | 05/09/13 | J | A | |
| 108.  - Invesco Intl Growth Fd Cl A | A | Dividend | K | T | Buy (add'l) | 05/09/13 | J | | |
| 109.  - Blackrock Equity Dividend Fund Cl A | B | Dividend | M | T | Sold (part) | 05/09/13 | K | B | |
| 110.  - Prudential High Yld Fd Inc Cl A | B | Dividend | K | T | Sold (part) | 05/09/13 | J | A | |
| 111.  - Gabelli Enterprise Mergers & Acq Fund Cl A | | None | K | T | | | | | |
| 112.  - Fidelity Advisor New Insights Fund Cl I | E | Dividend | M | T | Sold (part) | 05/09/13 | J | B | |
| 113.  - Franklin/Templeton Hard Currency Fund Cl A | | None | J | T | Buy (add'l) | 05/09/13 | J | | |
| 114.  - Hussman Strategic Growth Fund | | None | | | Sold | 05/09/13 | K | | |
| 115.  - ING Global Real Estate Fund Cl A | A | Dividend | K | T | Sold (part) | 05/09/13 | J | A | |
| 116.  - Perkins Mid Cap Value Fund Cl A | C | Dividend | K | T | Sold (part) | 05/09/13 | J | A | |
| 117.  - PIMCO Commodity Real Return Strategy Fund Cl D | A | Dividend | J | T | Buy (add'l) | 05/09/13 | J | | |
| 118.  - PIMCO Total Return Fund Cl D | A | Dividend | K | T | Buy (add'l) | 05/09/13 | J | | |
| 119.  - Templeton Global Bond Fund Cl A | A | Dividend | K | T | Sold (part) | 05/09/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Thornburg International Value Fund Cl A | A | Dividend | K | T | Buy (add'l) | 05/09/13 | J | | |
| 121. - Invesco Sm Cap Val Fd Cl A | B | Dividend | K | T | Sold (part) | 05/09/13 | J | A | |
| 122. - Invesco Sm Cp Discovery Fd Cl A (fka Small Cp Grwth Fd Cl A ) | B | Dividend | K | T | Sold (part) | 05/09/13 | J | A | |
| 123. - Doubleline Total Return Bd Fd Cl I | B | Dividend | K | T | Buy (add'l) | 05/09/13 | J | | |
| 124. - MFS Emerging Markets Debt Fd Cl A | A | Dividend | K | T | | | | | |
| 125. - Dreyfus Insured Deposits Premier | A | Interest | J | T | | | | | |
| 126. - Gateway Fund Cl A | A | Dividend | K | T | Buy | 05/09/13 | K | | |
| 127. - Meridian Growth Fund | D | Dividend | K | T | Buy | 05/10/13 | K | | |
| 128. Inland American Real Estate Trust | A | Dividend | J | T | | | | | |
| 129. Powell Mineral Trust - (see part VIII) | F | Royalty | K | W | | | | | |
| 130. IRA #13 (JB - CB) (H) | | | | | | | | | |
| 131. - Community Natl Bank account | A | Interest | J | T | | | | | |
| 132. - CNL Lifestype Prop Inc: Chambers St Prop (REIT) | A | Dividend | K | T | | | | | |
| 133. - FS Energy & Power Fund (see part VIII) | A | Dividend | K | T | Buy | 01/23/13 | J | | |
| 134. Trust Acct # 2 - Trustee (see part VIII) (H) | | | | | | | | | |
| 135. - USAA Growth Fund | A | Dividend | K | T | | | | | |
| 136. - USAA Precious Metals & Minerals Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Trust #2 Brokerage Acct #1⬛ (H)(X)(see part VIII) | | | | | | | | | |
| 138. - - MSSB Cash Deposits - MMkt Funds (see part VIII) | A | Interest | J | T | Distributed (part) | 05/30/13 | J | | |
| 139. | | | | | Distributed (part) | 06/07/13 | J | | |
| 140. | | | | | Distributed (part) | 11/08/13 | M | | |
| 141. - - AT&T Inc. common | A | Dividend | | | Sold (part) | 02/28/13 | J | | |
| 142. | | | | | Sold | 03/01/13 | J | | |
| 143. - - Campbell Soup Co common | | None | | | Sold | 02/28/13 | J | A | |
| 144. - - MVRAR/ETG/STRMTLS ETF | | None | | | Sold | 02/28/13 | J | | |
| 145. - - Oneok Inc New common | A | Dividend | | | Sold (part) | 02/28/13 | J | B | |
| 146. | | | | | Sold | 03/01/13 | J | | |
| 147. - - Pfizer Inc common | A | Dividend | | | Sold (part) | 02/28/13 | J | B | |
| 148. | | | | | Sold (part) | 05/09/13 | J | | |
| 149. | | | | | Sold | 05/10/13 | J | A | |
| 150. - - American High Income Trust F1 | A | Dividend | | | Sold (part) | 03/05/13 | J | A | |
| 151. | | | | | Sold (part) | 03/08/13 | J | A | |
| 152. | | | | | Distributed | 05/30/13 | J | | |
| 153. - - Artisan Midcap Value Inv | | None | | | Sold (part) | 03/05/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 03/08/13 | J | A | |
| 155. | | | | | Distributed | 05/30/13 | J | | |
| 156. - - Baron Growth Retail | | None | | | Buy (add'l) | 03/08/13 | J | | |
| 157. | | | | | Sold (part) | 03/05/13 | J | A | |
| 158. | | | | | Distributed | 05/30/13 | J | | |
| 159. - - Blackrock Inflat Prot Bond A | | None | | | Sold (part) | 03/05/13 | J | | |
| 160. | | | | | Sold | 03/08/13 | J | | |
| 161. - - Cambiar Small Cap Inv | | None | | | Sold (part) | 03/05/13 | J | A | |
| 162. | | | | | Sold (part) | 03/08/13 | J | A | |
| 163. | | | | | Distributed | 05/30/13 | J | | |
| 164. - - Harding Loevner Intl Eq Inv | | None | | | Sold (part) | 03/05/13 | J | A | |
| 165. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 166. | | | | | Distributed | 05/30/13 | J | | |
| 167. - - Invesco Premier Inst | A | Dividend | | | Buy (add'l) | 03/05/13 | J | | |
| 168. | | | | | Sold (part) | 03/06/13 | J | | |
| 169. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 170. | | | | | Distributed | 05/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - - Ivy Mid Cap Growth A | | None | | | Buy (add'l) | 03/05/13 | J | | |
| 172. | | | | | Sold (part) | 03/08/13 | J | A | |
| 173. | | | | | Distributed | 05/30/13 | J | | |
| 174. - - Lazard Emerging Markets I | | None | | | Distributed | 05/30/13 | J | | |
| 175. - - Harris Assoc Inv Tr: Oakmark Fund Cl I | | None | | | Buy (add'l) | 03/08/13 | J | | |
| 176. | | | | | Sold (part) | 03/05/13 | J | A | |
| 177. | | | | | Distributed | 05/30/13 | J | | |
| 178. - - PIMCO Emerging Mkts Bond A | A | Dividend | | | Sold (part) | 03/05/13 | J | A | |
| 179. | | | | | Sold (part) | 03/08/13 | J | | |
| 180. | | | | | Distributed | 05/30/13 | J | | |
| 181. - - PIMCO Foreign Bd (Unhedged) A | A | Dividend | | | Sold (part) | 03/05/13 | J | A | |
| 182. | | | | | Sold (part) | 03/08/13 | J | | |
| 183. | | | | | Distributed | 05/30/13 | J | | |
| 184. - - PIMCO Short-Term A | A | Dividend | | | Distributed | 05/30/13 | J | | |
| 185. - - PIMCO Total Return D | A | Dividend | | | Distributed | 05/30/13 | J | | |
| 186. - - Prudential Jennison Growth Z | | None | | | Distributed | 05/30/13 | J | | |
| 187. -- PIMCO Comm Real Ret Strat A | A | Dividend | | | Buy | 03/05/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 189. | | | | | Distributed | 05/30/13 | J | | |
| 190. -- Guggenheim Mngd Futrs Strat A | | None | | | Buy | 03/05/13 | J | | |
| 191. | | | | | Sold (part) | 03/08/13 | J | A | |
| 192. | | | | | Distributed | 05/30/13 | J | | |
| 193. -- Calamos Market Neutral Inc A | A | Dividend | | | Buy | 03/05/13 | J | | |
| 194. | | | | | Sold (part) | 03/08/13 | J | A | |
| 195. | | | | | Distributed | 05/30/13 | J | | |
| 196. -- Lazard Developing Mkts Eq Open | | None | | | Buy | 03/05/13 | J | | |
| 197. | | | | | Sold (part) | 03/08/13 | J | A | |
| 198. | | | | | Distributed | 05/30/13 | J | | |
| 199. -- PIMCO Total Return A | A | Dividend | | | Buy | 03/05/13 | J | | |
| 200. | | | | | Sold (part) | 03/08/13 | J | | |
| 201. | | | | | Distributed | 05/30/13 | J | | |
| 202. -- Cohen & Steers Realty Shs Inc | A | Dividend | | | Buy | 03/05/13 | J | | |
| 203. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 204. | | | | | Distributed | 05/30/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -- Prudential Jennison Growth A | | None | | | Buy | 03/05/13 | J | | |
| 206. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 207. | | | | | Sold (part) | 05/09/13 | J | A | |
| 208. | | | | | Distributed | 05/30/13 | J | | |
| 209.  -- Blackrock Low Dur Bd Inv A | A | Dividend | | | Buy | 03/08/13 | J | | |
| 210. | | | | | Distributed | 05/30/13 | J | | |
| 211.  Trust Acct #3 - Trustee & Beneficiary (see part VIII) (H) | | | | | | | | | |
| 212.  - Real Estate: Northville, Wayne Co, MI house | | | | | Sold | 10/30/13 | N | D | James Flynn |
| 213.  - JPMorgan Chase Bank, N.A. Accounts | A | Interest | M | T | Distributed (part) | 11/01/13 | L | | |
| 214. | | | | | Distributed (part) | 11/01/13 | K | | |
| 215. | | | | | Distributed (part) | 11/01/13 | M | | |
| 216.  - Jackson Natl Life Ins Co Inc:Pers L - IRA Annuity #3 | E | Int./Div. | N | T | | | | | |
| 217.  - Pacific Life IRA Annuity: Pacific Innov Sel - IRA Annty | D | Int./Div. | M | T | | | | | |
| 218.  T Rowe Price Intl Growth & Income Fd | A | Dividend | J | T | | | | | |
| 219.  Estate #1 - Personal Rep & Beneficiary (see part VIII) (H) | | | | | | | | | |
| 220.  - JPMorgan Chase Bank, N.A. account | A | Interest | L | T | | | | | |
| 221.  - Mason National Bank Certificate of Deposit | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Johnson City Bank Certificate of Deposit | A | Interest | M | T | | | | | |
| 223. - U S Treasury | B | Interest | | | | | | | |
| 224. Brokerage Account #1 (NT MEP) (H) | | | | | | | | | |
| 225. - MFB Northern Fds Money Mkt Fd | A | Dividend | K | T | | | | | |
| 226. - MFB Northern Fds Stk Index Fd | C | Dividend | M | T | Buy (add'l) | 01/24/13 | J | | |
| 227. | | | | | Sold (part) | 03/14/13 | J | A | |
| 228. | | | | | Sold (part) | 07/25/13 | K | D | |
| 229. | | | | | Sold (part) | 12/05/13 | J | C | |
| 230. - MFB Northern Fds Small Cap Index Fd | A | Dividend | J | T | Sold (part) | 01/24/13 | J | A | |
| 231. | | | | | Sold (part) | 07/20/13 | J | B | |
| 232. | | | | | Sold (part) | 12/05/13 | J | A | |
| 233. - MFB Northern Intl Equity Index Fd | C | Dividend | M | T | Buy (add'l) | 01/24/13 | J | | |
| 234. | | | | | Sold (part) | 03/14/13 | J | | |
| 235. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 236. | | | | | Buy (add'l) | 12/05/13 | K | | |
| 237. - MFB Northern Fds Emerging Mkts Equity Index Fd | B | Dividend | L | T | Buy (add'l) | 01/24/13 | J | | |
| 238. | | | | | Sold (part) | 03/14/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 240. | | | | | Buy (add'l) | 09/19/13 | J | | |
| 241. | | | | | Sold (part) | 12/05/13 | J | | |
| 242. - MFB Northern High Yield Fixed Income Fd | C | Dividend | L | T | Buy (add'l) | 01/24/13 | J | | |
| 243. | | | | | Sold (part) | 03/14/13 | J | | |
| 244. | | | | | Sold (part) | 07/25/13 | J | | |
| 245. | | | | | Sold (part) | 09/19/13 | J | | |
| 246. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 247. - MFC SPDR Gold Tr Shs | | None | | | Sold (part) | 01/24/13 | J | A | |
| 248. | | | | | Sold (part) | 01/24/13 | J | | |
| 249. | | | | | Sold (part) | 01/24/13 | J | | |
| 250. | | | | | Sold (part) | 03/14/13 | J | | |
| 251. | | | | | Buy (add'l) | 03/14/13 | J | | |
| 252. | | | | | Sold (part) | 03/14/13 | J | A | |
| 253. | | | | | Sold (part) | 03/14/13 | J | | |
| 254. | | | | | Sold (part) | 12/31/13 | J | | |
| 255. | | | | | Sold (part) | 12/31/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 12/31/13 | J | | |
| 257. | | | | | Sold | 12/31/13 | J | A | |
| 258.  - PIMCO Commodity Real Rtn Str Fd fka MFOPIMCOPACInvtMgSCommRlRtnSt | | | | | Sold (part) | 01/24/13 | J | A | |
| 259. | | | | | Sold | 01/24/13 | J | A | |
| 260.  - MFB Northern Fds Global Real Estate Index Fd | A | Dividend | K | T | Buy (add'l) | 01/24/13 | J | | |
| 261. | | | | | Sold (part) | 03/14/13 | J | A | |
| 262. | | | | | Sold (part) | 07/25/13 | J | A | |
| 263. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 264.  - MFB Northern Fds Bd Index Fd | B | Dividend | K | T | Sold (part) | 01/24/13 | J | | |
| 265. | | | | | Sold (part) | 03/14/13 | J | | |
| 266. | | | | | Sold (part) | 09/19/13 | J | | |
| 267. | | | | | Sold (part) | 12/05/13 | J | | |
| 268. | | | | | Sold (part) | 12/05/13 | J | | |
| 269. | | | | | Sold (part) | 12/05/13 | J | A | |
| 270.  - MFB Northern Mid Cap Index Fd | A | Dividend | K | T | Sold (part) | 01/24/13 | J | A | |
| 271. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 272.  - MFC Flexshs Tr Iboxx 5 Yr Target Duration Tips Index Fd | A | Dividend | | | Buy (add'l) | 07/25/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 09/19/13 | J | | |
| 274. | | | | | Sold (part) | 09/19/13 | J | | |
| 275. | | | | | Sold | 09/19/13 | J | A | |
| 276. - MFC Flexshs Tr Morningstar Glbl Upstream Natl Res Indx Fd | A | Dividend | K | T | Buy (add'l) | 03/14/13 | J | | |
| 277. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 278. | | | | | Sold (part) | 12/05/13 | J | | |
| 279. | | | | | Sold (part) | 12/05/13 | J | | |
| 280. - MFC Flexshares Tr Iboxx 3 Yr Target Duration Tips Indx Fd | A | Dividend | J | T | Buy (add'l) | 03/14/13 | J | | |
| 281. | | | | | Buy (add'l) | 03/15/13 | J | | |
| 282. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 283. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 284. | | | | | Sold (part) | 09/19/13 | J | | |
| 285. | | | | | Sold (part) | 09/19/13 | J | | |
| 286. | | | | | Sold (part) | 09/19/13 | J | | |
| 287. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 288. - MFB Northern Fds Ultra Short Fixed Income Fd | A | Dividend | J | T | Buy (add'l) | 07/25/13 | J | | |
| 289. | | | | | Buy (add'l) | 12/05/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  Fidelity Inv:Freedom K2020-Wayne SU Ret | A | Dividend | K | T | | | | | |
| 291.  Brokerage Account #3 ▓▓▓ (H) | | | | | | | | | |
| 292.  - Cash Deposits | | None | J | T | | | | | |
| 293.  - AT&T Inc | A | Dividend | | | Sold (part) | 02/28/13 | J | | |
| 294. | | | | | Sold | 03/01/13 | J | A | |
| 295.  - Campbell Soup | | None | | | Sold (part) | 02/28/13 | J | A | |
| 296. | | | | | Sold | 03/01/13 | J | | |
| 297.  - MVRAR/ETG/STRMTLS ETF | A | Dividend | | | Sold (part) | 02/28/13 | J | | |
| 298. | | | | | Sold | 05/09/13 | J | | |
| 299.  - Oneok Inc New | A | Dividend | | | Sold (part) | 02/28/13 | J | A | |
| 300. | | | | | Sold | 03/01/13 | J | | |
| 301.  - Pfizer Inc | A | Dividend | | | Sold (part) | 02/28/13 | J | A | |
| 302. | | | | | Sold (part) | 03/01/13 | J | A | |
| 303. | | | | | Sold (part) | 03/22/13 | J | | |
| 304. | | | | | Sold | 03/25/13 | J | A | |
| 305.  - American High Income Trust F1 | A | Dividend | J | T | Buy (add'l) | 03/05/13 | J | | |
| 306. | | | | | Sold (part) | 03/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 308. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 309. - Artisan MidCap Value Inv | A | Dividend | J | T | Sold (part) | 03/05/13 | J | A | |
| 310. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 311. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 312. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 313. - Cambiar Small Cap Inv | A | Dividend | J | T | Sold (part) | 03/05/13 | J | A | |
| 314. | | | | | Sold (part) | 03/08/13 | J | A | |
| 315. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 316. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 317. - Harding Loevner Intl Eqty Inv | A | Dividend | J | T | Sold (part) | 03/05/13 | J | A | |
| 318. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 319. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 320. | | | | | Sold (part) | 09/16/13 | J | A | |
| 321. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 322. - Ivy Mid Cap Growth A | A | Dividend | J | T | Buy (add'l) | 03/05/13 | J | | |
| 323. | | | | | Sold (part) | 03/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 325. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 326.   - Lazard Emerging Mkts I | A | Dividend | J | T | Sold (part) | 09/13/13 | J | | |
| 327. | | | | | Sold (part) | 11/08/13 | J | | |
| 328.   - Harris Assoc Inv Tr: Oakmark Fund Cl I | A | Dividend | J | T | Sold (part) | 03/05/13 | J | A | |
| 329. | | | | | Sold (part) | 03/08/13 | J | A | |
| 330. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 331. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 332.   - Pimco Emerging Mkts Bond A | A | Dividend | | | Buy (add'l) | 03/05/13 | J | | |
| 333. | | | | | Sold (part) | 03/08/13 | J | A | |
| 334. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 335. | | | | | Sold (part) | 11/08/13 | J | | |
| 336.   - Pimco Foreign Bd (Unhedged) A | A | Dividend | J | T | Sold (part) | 03/05/13 | J | | |
| 337. | | | | | Sold (part) | 03/08/13 | J | | |
| 338. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 339. | | | | | Sold (part) | 11/08/13 | J | | |
| 340.   - Pimco Short-Term A | A | Dividend | | | Sold (part) | 03/05/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. | | | | | Sold (part) | 03/08/13 | J | | |
| 342. - Prudential Jennison Growth Z | A | Dividend | J | T | Sold (part) | 09/13/13 | J | B | |
| 343. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 344. - Baron Growth Retail (X) (see part VIII) | A | Dividend | J | T | Sold (part) | 03/05/13 | J | A | |
| 345. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 346. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 347. | | | | | Sold (part) | 11/08/13 | J | A | |
| 348. - Blackrock Low Dur Bd Inv A | A | Dividend | J | T | Buy | 03/08/13 | J | | |
| 349. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 350. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 351. - Lazard Develop Mkts Eq Inv | | | | | Buy | 03/05/13 | J | | |
| 352. | | | | | Sold (part) | 03/08/13 | J | A | |
| 353. | | | | | Sold (part) | 09/13/13 | J | | |
| 354. | | | | | Sold (part) | 11/08/13 | J | | |
| 355. - PIMCO Total Return A | A | Dividend | J | T | Buy | 03/05/13 | J | | |
| 356. | | | | | Sold (part) | 03/08/13 | J | | |
| 357. | | | | | Sold (part) | 09/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold (part) | 11/08/13 | J | | |
| 359.  - PIMCO Total Return D (X) (see part VIII) | A | Dividend | J | T | Sold (part) | 09/13/13 | J | | |
| 360. | | | | | Sold (part) | 11/08/13 | J | A | |
| 361.  - Prudential Jennison Growth A | A | Dividend | J | T | Buy | 03/05/13 | J | | |
| 362. | | | | | Sold (part) | 03/08/13 | J | | |
| 363. | | | | | Sold (part) | 09/13/13 | J | A | |
| 364. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 365.  Lucie Rie Pottery (X) (see part VIII) | | None | K | W | Sold (part) | 11/20/13 | J | D | |
| 366. | | | | | | | | | |
| 367. | | | | | | | | | |
| 368. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(1) Part I, page 1, line 1: This trust was terminated in 2013 and all assets were distributed to the beneficiary.

(2) Part VII, page 6, line 39: IRA #4 and IRA #5 were closed in 2009. Thus, in this report, IRA #6 follows IRA #3.

(3) Part VII, page 7, line 52: In January of 2006, █████ and I conveyed rental property to Schulle, LLC, a company which █████ and I formed for the purpose of owning this rental property. This real property is located in █████ Travis County, Texas.

(4) Part VII, page 10, line 103: IRA #10 was closed in 2011. Thus, in this report, IRA #11 follows IRA #9.

(5) Part VII, page 11, line 129: █████ is a beneficiary of the Powell Mineral Trust, a trust created by █████ to hold oil and gas mineral interests. A portion of the oil and gas mineral interests owned by the trust were sold in 2013. The trust still owns additional oil and gas and coal deposit mineral interests in Waynesburg, PA. The sale of the mineral interests is reflected as royalty income in accordance with the filing instructions. The 2013 Schedule K-1 for the trust reflected the sale of the mineral interests as a long term capital gain.

(6) Part VII, page 10 and 11, lines 104 and 133: $15,000 was moved from IRA #11 (line 104) in a trustee to trustee transfer to IRA #13. These funds were then used to purchase FS Energy & Power Fund.

(7) Part VII, pages 12 and 16, lines 140 and 215: Real estated owned by Trust #3, of which Trust #2 is one of the beneficiaries, was sold on October 30. Funds were distributed from Trust 3 to Trust #2, and Trust #2 distributed the funds to the individual trust beneficiary on November 8, 2013.

(8) Part VII, page 24 and 25, lines 344 and 359: Baron Retail Growth and PIMCO Total Return D were transferred from trust #3 to brokerage acct #3 at the end of December, 2012. However, due to a glitch in the computer system at Morgan Stanley Smith Barney, they did not appear on the December 2012 statement for brokerage account #3. As a result, they were inadvertently excluded from the 2012 FDR. The value of each funds should have been report as "J" on the 2012 FDR. Baron Retail Growth was also below the reporting requirement.

(9) Part VII, page 25, line 365: Trust #3 distributed Lucie Rie pottery, █████ in 2011. I have started selling this pottery in 2013 and therefore am including it on this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeffrey E. Bohm**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544